IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEANNA MILLER, individually and on
behalf of all others similarly situated                                  PLAINTIFF

v.                              No. 6:14-CV-6074

CENTERFOLD ENTERTAINMENT CLUB, INC.;
and JESSIE ORRELL, individually and as officer
and/or director of Centerfold Entertainment Club                  DEFENDANTS

## **JUDGMENT**

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Deanna Miller is to have and recover from Defendants Centerfold Entertainment Club, Inc. and Jessie Orrell back wages in the amount of $7,830.00 and liquidated damages in the amount of $7,830.00. Opt-in Plaintiff Kristina Garton is to have and recover from Defendants back wages in the amount of $13,345.80 and liquidated damages in the amount of $13,345.80. Opt-in Plaintiff Michelle Johnson is to have and recover from Defendants back wages in the amount of $14,215.80 and liquidated damages in the amount of $14,215.80.

IT IS FURTHER ORDERED that Defendants Centerfold Entertainment Club, Inc. and Jessie Orrell are jointly and severally liable for the amounts listed above.

IT IS FURTHER ORDERED that the judgment shall bear interest at the rate of 1.23% per annum from the date of entry of this Judgment until paid.

IT IS FURTHER ORDERED that any reasonable attorney's fees will be awarded via separate order after briefing by the parties.

IT IS FURTHER ORDERED that opt-in Plaintiff Tamatrica Bonton's claims are DISMISSED WITHOUT PREJUDICE to their refiling.

IT IS SO ORDERED AND ADJUDGED this 9th day of August, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE